# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2014

## NO. 03-13-00201-CV

**Fred G. Resendez and Martha C. Resendez, Appellants**

**v.**

**FV REO I, LLC, Appellee**

## APPEAL FROM COUNTY COURT AT LAW OF BASTROP COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
## DISMISSED ON APPELLEE'S MOTION -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on February 20, 2013. FV REO I, LLC has filed a motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.